IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GILBERT DOMINGUEZ,

       Plaintiff,                        CV F 07 1487 AWI WMW   PC

  vs.                                  ORDER FINDING COMPLAINT
                                        STATES A COLORABLE CLAIM
                                        AND DIRECTING PLAINTIFF
                                        TO COMPLETE USM 285 FORMS

C/O DE LEON, `et al.,

       Defendants.

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on October 12, 2007. The court has screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it appears to state cognizable claims for relief under 42 U.S.C. § 1983 against defendants De Leon and Alvarado for excessive force, in violation of the Eighth Amendment. Accordingly, it is HEREBY ORDERED that:

    1.    Service is appropriate for the following defendants:

           CORRECTIONAL OFFICER J. DE LEON

           CORRECTIONAL OFFICER J. ALVARADO

    2.    The Clerk of the Court shall send plaintiff two USM-285 forms, two summonses,

1

1  　　　　　a Notice of Submission of Documents form, an instruction sheet and a copy of the
2  　　　　　complaint filed August October 17, 2007.
3  　　3.　　Within **thirty (30) days** from the date of this order, plaintiff shall complete the
4  　　　　　attached Notice of Submission of Documents and submit the completed Notice to
5  　　　　　the court with the following documents:
6  　　　　　a.　　Completed summons;
7  　　　　　b.　　One completed USM-285 form for each defendant listed above; and
8  　　　　　c.　　Three copies of the endorsed complaint filed October 12, 2007.
9  　　4.　　Plaintiff need not attempt service on defendants and need not request waiver of
10 　　　　　service.  Upon receipt of the above-described documents, the court will direct the
11 　　　　　United States Marshal to serve the above-named defendants pursuant to Federal
12 　　　　　Rule of Civil Procedure 4 without payment of costs.
13 　　5.　　<u>The failure to comply with this order will result in a recommendation that this</u>
14 　　　　　<u>action be dismissed</u>.

18 IT IS SO ORDERED.
19 **Dated:   April 11, 2008**　　　　　　　　　　　　　／s／  **William M. Wunderlich**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE