IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GILBERT DOMINGUEZ,

    Plaintiff,                     1:-07-cv- 1487 AWI WMW PC

vs.                              ORDER RE: FINDINGS & RECOMMENDATIONS (#8)

JULIO DE LEON, et al.,        ORDER DISMISSING ACTION

    Defendants.

_____/

        Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

        On May 19, 2008, findings and recommendations were entered, recommending dismissal of this action for failure to obey a court order. Plaintiff was provided an opportunity to file objections within thirty days. Plaintiff has not filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on May 19, 2008, are adopted in full;
2. This action is dismissed without prejudice for failure to obey a court order;
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

**Dated:   July 7, 2008**                              /s/ Anthony W. Ishii
                                               CHIEF UNITED STATES DISTRICT JUDGE